# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SEAN WESLEY

CIVIL ACTION

VERSUS

18-976-SDD-EWD

JAMES LEBLANC, ET AL.

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated November 5, 2019, to which two objections[3] were filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's action is hereby DISMISSED WITH PREJUDICE as frivolous and malicious under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS FURTHER ORDERED** that Plaintiff's pending motions[4] are hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on December 17, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Docs. 14 and 15.
[4] Rec. Docs. 6 and 7.